### SUCCESSION OF PIERRE COUSTEAUD.

A memorandum book, kept wholly in the handwriting of the deceased, is admissible in evidence to show his indebtedness to a surviving partner.

APPEAL from the Second District Court of New Orleans, *Morgan*, J. *Grandmont*, for curator, appellant. *Robert*, for opponent.

SPOFFORD, J. *Pierre Cousteaud* and *Jean Arnaud* were partners in the cooperage business. *Cousteaud* died, and *Arnaud* administered upon his succession.

Upon filing his account and statement of debts, *Arnaud* put himself down as a creditor of the partnership for the sum of $551 43, for moneys advanced by him during the partnership, as per the book kept by the deceased, and accounts annexed.

This item was opposed. *Arnaud*, to sustain it, offered the book of accounts, kept wholly in the handwriting of the deceased *Cousteaud*, on which the sums paid out and received by each partner appear to have been carefully entered.

*Arnaud* himself being unable to write, his counsel moved that auditors be appointed to examine the book, and report what balance, if any, was due *Arnaud*. The court refused, and a bill of exceptions was taken.

In this final judgment the court wholly rejected the claim of *Arnaud* against the partnership, on the ground, it is said, that the legal presumption was, that *Arnaud's* advances were made out of partnership funds.

·An inspection of the memorandum book kept by *Cousteaud* himself, shows a *prima facie* case of indebtedness by the partnership to *Arnaud*. It is not rebutted by any counter evidence. We think the Judge erred in rejecting *Arnaud's* claim entirely, and shall therefore remand the cause. A report of auditor's would facilitate the court in coming to a correct result upon the accounts as they were kept by *Cousteaud*. Without evidence to show that the memorandum book was not correctly kept, or did not embrace all the accounts, there should be judgment in favor of *Arnaud* for whatever balance the book may show to be due him.

Judgment reversed, and cause remanded for a new trial as to the claim of *Arnaud*, the costs of the appeal to be borne by the opponents and appellees.